IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03490-REB

JODY E. FERRIER,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER REVERSING DISABILITY DECISION AND REMANDING TO COMMISSIONER [Dkt. No. 20] of Judge Robert E. Blackburn entered on March 19, 2015.  It is

ORDERED that the decision of Commissioner of Social Security is reversed and remanded.  Plaintiff is **AWARDED** her costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

Dated at Denver, Colorado this 20th day of March, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   K. Finney
_____

Kathleen Finney
Deputy Clerk