## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 13-cv-03490-REB

JODY E. FERRIER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR
## FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**Blackburn, J.**

The matter before me is the parties' **Stipulated Motion for Fees Under the Equal Access to Justice Act** [#22],[1] filed June 17, 2015. As indicated by the title of the motion, the parties have reached an agreement as to the amount of attorney fees to be awarded to plaintiff under the EAJA. I therefore grant the motion and award that amount of fees payable to plaintiff. ***See Manning v. Astrue***, 510 F.3d 1246, 1249-55 (10th Cir. 2007), ***cert. denied***, 129 S.Ct. 486 (2008).

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulated Motion Fees Under the Equal Access to Justice Act** [#22], filed June 17, 2015, is granted; and

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), plaintiff is awarded attorney fees in the stipulated amount of $7,500.00 .

Dated September 10, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge